UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Frank Williams,

                Plaintiff,

                                      **ORDER**

      -against-

                                      No. 25-CV-3551 (CS)

Home Depot U.S.A., Inc.,

                Defendant.
-------------------------------------------------------X

<u>Seibel, J.</u>

      For the reasons stated on the record today, the Court hereby GRANTS Plaintiff's Motion to Remand.  The Clerk of Court is directed to remand this action to New York State Supreme Court, Sullivan County, and close the case.

 **SO ORDERED.**

Dated:  May 21, 2025
       White Plains, New York

                                                        _____
                                                            Cathy Seibel, U.S.D.J.